

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

W. KEAUPUNI AKINA
*Assistant Corporation Counsel*
Telephone: 212-356-2377
Facsimile: 212-356-3509
wakina@law.nyc.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/13/18

July 13, 2018

**BY ECF**
Honorable Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
40 Centre Street
New York, NY 10007

Re: Franklin McKenzie v. The City of New York, et al.,
17 CV 4899 (PAE) (BCM)

Your Honor:

I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and represent the named Defendants in the above captioned matter. Defendants write to respectfully request that the case management conference be adjourned from August 30, 2018 to September 14, 2018 after 1 p.m. This is Defendants' first request to adjourn this conference and it should not affect any other scheduled dates. Plaintiff's counsel consents to this request.

The reason for this request is that prior to the Court setting the August 30, 2018 date (Dkt. No. 23), the undersigned had arranged to be out of the country from August 26, 2018, returning September 11, 2018. Accordingly, the undersigned respectfully requests that the Court adjourn the conference from August 30, 2018 to September 14, 2018 after 1 p.m. As an alternative, the parties are also available the afternoons of September 12 and 13 after 1 p.m.

Defendants thank the Court for its consideration of this request.

Respectfully submitted,
/s/
W. KeAupuni Akina

cc: *Counsel for Plaintiff* (via ECF)

7/13/18

Granted. The case management conference is adjourned to September 12, 2018 at 3:30 p.m.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge