The Law Office of Ryan Lozar, P.C.
305 Broadway, 14th Floor; New York, NY 10007
Tel: 1-310-867-1562; Fax 1-877-666-4456
ryanlozar@gmail.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/29/19
```



July 26, 2019

Re:  McKenzie v. City of NY, et al., No. 17 Civ. 4899 (PAE) (BCM)

Dear Judge Engelmayer:

    I represent Plaintiff in this § 1983 action alleging police misconduct. In the Court's Opinion and Order dated July 22, 2019, granting in part and denying in part Defendants' summary judgment motion, the Court directed the Parties to file a joint submission regarding Monell discovery plans and trial-preparation proposals on or before July 29, 2019. I write to make a consent motion to extend that deadline through and including August 16, 2019.

    The reason for the request is that my family welcomed a newborn daughter—our first child—last month. I have since been on leave caring for my daughter, with plans to return to work the second week of August.

    In addition, my family was out of state this week such that I was unable to interrupt the aforementioned parental leave in order to visit my office to review my case files in their entirety. This in turn complicated fully-informed conference with opposing counsel to prepare our joint submission, particularly with respect to Monell discovery matters. When I had preliminary telephone conference this week with opposing counsel, opposing counsel consented to the instant extension request.

    I thank the Court for its consideration of Plaintiff's consent motion to extend time for the joint submission through and including August 16, 2019, and will provide additional information on the Court's request.

                            Sincerely,

                            *Ryan Lozar*

                            Ryan Lozar
                            Attorney for Plaintiff

                            7/26/19

Granted. First, congratulations, Mr. Lozar, on the birth of your daughter! The Court hereby extends the deadline for the parties' joint letter to August 16, 2019.
SO ORDERED.

            *Paul A. Engelmayer*
            PAUL A. ENGELMAYER
            United States District Judge